**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JONATHAN MOORE, ADC #143334**                                                    **PLAINTIFF**

v.                            **CASE NO. 5:12CV00212 BSM/JTR**

**JERRY ATKINS, Correctional Officer; and**
**MICHAEL MOSELEY, Lieutenant**
**Cummins Unit, Arkansas Department of Correction**                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed with prejudice, and the relief sought is denied. It is further certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this judgment and the accompanying order would not be taken in good faith.

Dated this 6th day of August 2012.

_____
UNITED STATES DISTRICT JUDGE